UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 20-1893 |
| ADVOCATES FOR SCIENCE AND MATHEMATICS EDUCATION, INC., ET AL | SECTION: "I" (3) |

### O R D E R

It appears to the Court that the subject matter of the above-captioned case is related to that of Civil Action Nos. 19-12003, *John Doe v. Monique Cola, et al,* before Section G (5) of this Court. Accordingly,

**IT IS ORDERED** that the above-captioned matter be transferred to Section G (5).

New Orleans, Louisiana, this 28th day of October, 2020.

October 28, 2020

TRANSFERRED TO
**SECT. G MAG 5**

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE